UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CHRIS LANGER,

    Plaintiff,

v.

KITCHEN AND BATH DESIGN CENTER, LLC,

    Defendant.

Case No. 5:22-cv-00403-EJD

**ORDER VACATING ALL DATES; DIRECTING PLAINTIFF TO FILE DISMISSAL OR STATUS REPORT; AND ADMINISTRATIVELY CLOSING CASE**

Re: Dkt. No. 17

Plaintiff filed a Notice of Settlement on **June 14, 2022** (*see* Dkt. No. 17). Accordingly, all pretrial deadlines and hearing dates are VACATED and any pending motions are TERMINATED. The parties shall file a dismissal or a status report on or before **August 31, 2022**.

The Clerk of Court shall administratively close the case. This is an internal procedure that does not affect the substantive rights of the parties. The parties may file a motion to reopen the case, if appropriate, should the settlement not be finalized.

**IT IS SO ORDERED.**

Dated: June 14, 2022

EDWARD J. DAVILA
United States District Judge

Case No.: 5:22-cv-00403-EJD
ORDER DIRECTING PLF. TO FILE DISMISSAL OR STATUS REPORT, ADMIN. CLOSING CASE